UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GOMES FERREIRA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants. | Case No. 24-cv-01820-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On May 28, 2024, the court granted the parties' stipulation regarding the briefing schedule for their cross motions for summary judgment, pursuant to which Plaintiff's motion was due by August 2, 2024. [Docket No. 30.] No motion has been filed. Accordingly, Plaintiff Daniel Gomes Ferreira is ordered to respond by August 14, 2024, and show cause why this matter should not be dismissed for failure to prosecute. Failure to respond by August 14, 2024 may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: August 7, 2024



Donna M. Ryu
Chief Magistrate Judge