FILED

JAN 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL GOMES FERREIRA,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security; et al.,<br><br>    Defendants - Appellees. | No. 25-1970<br><br>D.C. No.<br>4:24-cv-01820-DMR<br>Northern District of California, Oakland<br><br>ORDER |

The motion (Docket Entry No. 35) of Erika Arce-Romero to withdraw as counsel for appellees is granted.

The clerk will amend the docket to reflect that Erika Arce-Romero is no longer counsel of record for appellees.

Alexandra McTague Schulte remains counsel of record for appellees.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT